No. 81–2040. MOORE *v.* MOORE. Super. Ct. Ga., Fulton County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–2164. BORDENKIRCHER, SUPERINTENDENT, WEST VIRGINIA PENITENTIARY *v.* ADKINS. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–2184. PARRATT, WARDEN *v.* FORD. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–2206. ALABAMA *v.* DICKERSON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–2285. CONNECTICUT *v.* OSTROSKI. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–2307. ILLINOIS *v.* TOWNES. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–2309. WAINWRIGHT *v.* ROBERTS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.